<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-7592**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE SWANN,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CR-90-166-K, CA-00-3132-JFM)

───────────

Submitted: April 6, 2001          Decided: April 20, 2001

───────────

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Willie Swann, Appellant Pro Se. Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Swann seeks to appeal the district court's orders deny-ing his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000), and his motion to dismiss the indictment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Swann</u>, Nos. CR-90-166-K; CA-00-3132-JFM (D. Md. Oct. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>